UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIRAL DRM, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> DON RINGLER CHEVROLET CO., § <br> INC., § <br> § <br> *Defendant*. § | No. 6:25-CV-00101-LS |

## ORDER DISMISSING CASE

Plaintiff's deadline to file motions for default and default judgment was September 5, 2025.[1] The Court advised Plaintiff that failure to file the motions may result in dismissal of this case for failure to prosecute.[2] Plaintiff has failed to file any motions. Therefore, the Court dismisses this case without prejudice for failure to prosecute.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 6, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 9.
[2] Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 630–32 (1962).