## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **VIRAL DRM, LLC,** | § | |
| *Plaintiff*, | § § § | |
| v. | § | No. 6:25-CV-00101-LS |
| **DON RINGLER CHEVROLET CO., INC.,** | § § § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

Consistent with its Order dismissing this case and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 7, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**